LINDA GAIL WILLIAMS v. BLALOCK PAVING, INC.

No. 100A96

(Filed 11 October 1996)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the unpublished decision of a divided panel of the Court of Appeals, 121 N.C. App. 789, 467 S.E.2d 911 (1996), affirming an order granting summary judgment in favor of defendant entered by Farmer, J., on 20 February 1995 in Superior Court, Wake County. Heard in the Supreme Court 10 September 1996.

*Rosenthal & Putterman, by Charles M. Putterman, for plaintiff-appellant.*

*Cranfill, Sumner & Hartzog, L.L.P., by Robert W. Sumner, for defendant-appellee.*

PER CURIAM.

The decision of the Court of Appeals is reversed for the reasons stated in the dissenting opinion of Judge Smith.

REVERSED.

Chief Justice MITCHELL did not participate in the consideration or decision of this case.